UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY MARKEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEW HORIZONS COMPUTER LEARNING CENTERS, INC.,<br><br>　　　　　　Defendant. | CASE NO. C24-496 MJP<br><br>ORDER ON STIPULATED REQUEST TO STAY |

This matter comes before the Court on the Parties' Stipulation and Request for Order to Stay Proceedings for Referral to Arbitration. (Dkt. No. 8.) Having reviewed the Stipulation and all supporting materials, the Court GRANTS the request, in part, and ORDERS as follows:

1. The Court STAYS this matter pending arbitration of Plaintiff's claims;
2. The Clerk shall stay this matter and vacate all case deadlines;
3. The Parties may seek relief from this Court in aid of arbitration;

ORDER ON STIPULATED REQUEST TO STAY - 1

4. The Parties must file a joint status report within 14 days of the completion of arbitration or resolution of the dispute and indicate what action the Court should then take; and

5. Within 120 days of this Order, the Parties shall submit a joint status report to inform the Court of the status of the arbitration.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 13, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER ON STIPULATED REQUEST TO STAY - 2